## IN RE ESTATE OF THOMAS COPE.

[Reversed, *Cope* v. *Cope*, 137 U. S. 682.]

GEORGE H. COPE, APPELLANT, *v.* THOMAS H. COPE,
AND ANOTHER, RESPONDENTS.

Affirmed on the authority of *Handley's Estate, ante,* 49.

APPEAL from a judgment of the district court of the
third district. The opinion states the facts.

*Messrs. Sutherland and Judd* and *Whittemore and Arm-
strong,* for the appellant.

*Mr. LeGrande Young* and *Mr. John M. Zane,* for the
respondents.

HENDERSON, J.:

The questions in this case are the same as those in the
case of *Chapman* v. *Handley, ante,* 49, in which opinions
have just been handed down. The cause was heard in
the district court by Justice ANDERSON, and Chief Justice
ZANE was of counsel, as will be seen by the opinions just
handed down in the *Handley Case.* We are unable to
agree, and therefore the judgment of the court below is
affirmed.

BLACKBURN, J., dissented.